**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION**

**ANGELA FAYE JOHNSON**                                                                   **PLAINTIFF**

**V.**                                   **CASE NO. 3:22-CV-3009**

**NURSE JODI WOOD**                                                              **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 41) filed in this case on June 1, 2023, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.    Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.   Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rules of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 21st day of June, 2023.


*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE